# UNITED STATES DISTRICT COURT
Southern District of Georgia
Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Ricky Edward Richards | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 5:05CR00006-1<br>USM Number: 12243-021<br>Kathy Register Griffin<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of mandatory and special conditions of the term of supervision.

☒ was found in violation of mandatory and special conditions after denial of guilt.

The defendant is adjudicated guilty of these offenses:

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
9/29 20 17
Deputy Clerk

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | August 17, 2017 |
| 2 | The defendant failed to abide by the conditions of a residential reentry center (special condition). | August 17, 2017 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 7327

Defendant's Year of Birth: 1954

City and State of Defendant's Residence:

Savannah, Georgia

September 28, 2017
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

SEPT. 29, 2017
Date

DEFENDANT:    Ricky Edward Richards
CASE NUMBER:  5:05CR00006-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   **12 months.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____   ☐ a.m.  ☐ p.m. on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL