IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RICKEY E. RICHARDS, )
)
    Petitioner, )
)
v. ) CASE NOS. CV516-064
) CR505-006
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 11.)[1] After careful review, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request to proceed in forma pauperis on appeal. The Clerk is **DIRECTED** to close this case.

SO ORDERED this 9th day of May 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] All citations refer to Petitioner's civil case filed on this Court's docket in case CV516-064.